

## Circuit Court of the Fifth Circuit - Legal Documents Branch
THE JUDICIARY ▪ STATE OF HAWAII ▪ 3970 KAANA STREET, SUITE 207 ▪ LIHU`E, KAUA`I, HAWAI`I 96766-1282
TELEPHONE (808) 482-2330 ▪ FAX (808) 482-2553

Randal G. B. Valenciano
CHIEF JUDGE

Michael K. Soong
DEPUTY CHIEF JUDGE

Kathleen N. A. Watanabe
CIRCUIT COURT JUDGE

Edmund D. Acoba
DISTRICT COURT JUDGE

David M. Lam
CHIEF COURT ADMINISTRATOR

Alton G. Amimoto
DEPUTY CHIEF COURT ADMINISTRATOR

Kari L. Yamashiro
DEPUTY CHIEF COURT ADMINISTRATOR

July 23, 2019

CV19 00377 LEK KJM

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 24 2019
at 10 o'clock and 55 min. A M
SUE BEITIA, CLERK

United States District Court
District of Hawaii
300 Ala Moana Blvd., Room C338
Honolulu, HI 96850

RE: Notice of Removal in Fifth Circuit Civil case no. CC19-1-0075
(County of Kaua'i, ETC. VS. Purdue Pharma L.P.; Et. Al)

Greetings:

Submission of Notice of Filing Notice of Removal by John Y.U. Choi, Esq. for Plaintiff, County of Kaua'i, ETC. in the Circuit Court of the Fifth Circuit has been filed on July 15, 2019.

Our office hereby submits to you, the original documents filed in the Circuit Court of the Fifth Circuit and copy of the updated legal index.

Sincerely,

*Jondi Dotario*
Jondi Dotario
Judicial Clerk

RECEIVED
CLERK, U. S. DISTRICT COURT
JUL 24 2019
DISTRICT OF HAWAII
RECEIVED BY MAIL

forwarded

*Janis N. Efhan*
Janis N. Efhan
Court Documents Supervisor

enclosures
cc: file